**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

HEIDI A. DIRKSE-GRAW,

        Plaintiff,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, HEIDI A. DIRKSE-GRAW, by and through the undersigned attorney, and files this Complaint stating a cause of action against Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and alleges as follows:

1. This is an action for recovery of benefits under an employee benefit plan brought pursuant to 29 U.S.C. §1132(a)(1)(B), ERISA § 502.

## THE PARTIES

2. Plaintiff, HEIDI A. DIRKSE-GRAW, is an adult resident citizen of Washington County, Oregon. Plaintiff and/or her employer, Dirkse Counseling and Consulting, purchased through her employer a contract of salary continuance insurance including long term disability (LTD) benefits (hereinafter the "LTD Plan"), effective January 1, 2017.

3. Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (hereinafter "LINCOLN NATIONAL"), is a third-party plan administrator or claims fiduciary given discretion to interpret LTD Plan provisions and is an LTD Plan fiduciary, or alternatively is an LTD Plan fiduciary without discretion to interpret LTD Plan provisions.

## JURISDICTION AND VENUE

4. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

5. LINCOLN NATIONAL is a foreign corporation authorized to engage and currently engaging in business within this District in the State of Florida.

## FACTUAL ALLEGATIONS

6. At all times material to this Complaint, the LTD Plan was in full force and effect and Plaintiff was an LTD Plan participant.

7. Defendant, LINCOLN NATIONAL, is in possession of all master LTD Plan documents.

8. On or about March 11, 2017, Plaintiff became totally disabled from employment as defined by the LTD Plan, due to concussion, impaired cognition with headaches, metacarpal fractures, cervical sprain, and other exertional and non-exertional impairments.

9. Plaintiff made a timely application for disability benefits under the LTD Plan.

10. Defendant approved and paid the Plaintiff's LTD benefits for the period of June 9, 2017 through August 9, 2018.

11. On or about August 10, 2018, Defendant or its agents terminated Plaintiff's LTD benefits effective August 10, 2018.

12. Plaintiff appealed said denial of benefits on or about January 23, 2019.

13. On or about April 5, 2019, Defendant upheld its decision to terminate Plaintiff's claim for LTD benefits.

14. Plaintiff submitted a second appeal on or about September 27, 2019.

15. On or about December 19, 2019, Defendant upheld its decision to terminate Plaintiff's claim for LTD benefits.

16. Plaintiff continues to remain totally disabled from employment, as defined by the Plan, due to concussion, impaired cognition with headaches, metacarpal fractures, cervical sprain, and other exertional and non-exertional impairments.

17. Plaintiff has exhausted all mandatory administrative remedies afforded by the Plan and has otherwise complied with all conditions precedent to this action.

## COUNT I – BREACH OF CONTRACT

18. Plaintiff re-alleges and reavers each allegation contained in Paragraphs 1 through 15, *supra*, as if delineated here.

19. Each of the Defendant's denials of Plaintiff's claims for LTD benefits constituted

abuse of Defendant's discretion under the Plan and derogated Plaintiff's right to disability benefits under the terms of the Plan.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all LTD Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action, and all other relief deemed just and proper by the Court.

Dated: September 3, 2021.

*/s Nick A. Ortiz*
Nick A. Ortiz
Florida Bar No. 12699
Ortiz Law Firm
823 E. Jackson St.
Pensacola, FL 32501
(850) 308-7833 (P)
(850) 208-3613 (F)
nick@ortizlawfirm.com