UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-23201-CIV-MARTINEZ-BECERRA**

HEIDI A. DIRKSE-GRAW,

     Plaintiff,

vs.

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

     Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, (ECF No. 19).  It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**. Each party shall bear their own attorney's fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this _11_ day of July, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record